**Order filed August 20, 2020.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-20-00207-CV

———————————

**WHITE STAR PUMP COMPANY, LLC, Appellant**

**V.**

**ALPHA HUNTER DRILLING, LLC, Appellee**

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2014-57416**

---

## ORDER

The reporter's record in this case was due April 14, 2020. *See* Tex. R. App. P. 35.1. The court granted the reporter's first request for extension of time to file the record until July 31, 2020. As of today, the record has not been filed and the court has not received a request to extend time for filing the record. Because the reporter's record has not been filed timely, we issue the following order.

We order **Amanda King**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.